**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone: (503) 727-1000
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$8,000.00 IN UNITED STATES CURRENCY, *in rem*,<br><br>    Defendant. | Case No. 3:19-cv-01296-BR<br><br>COMPLAINT, *in rem*,<br>FOR FORFEITURE |

Plaintiff, United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Christopher Cardani, Assistant United States Attorney, for its Complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendant, *in rem*, $8,000.00 in United States currency, was seized in the District of Oregon, and is now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant, *in rem*, $8,000.00 in United States currency, represents proceeds traceable to an exchange for controlled substances or was used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 801, *et. seq.*, and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6), as more particularly set forth in the Declaration of Postal Inspector Adam Sale, United States Postal Inspection Service, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, Plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendant, *in rem*, $8,000.00 in United States currency, that due notice be given to all interested persons to appear and show cause why forfeiture of this Defendant, *in rem*, should not be decreed; that due proceedings be had thereon; that this Defendant be forfeited to the United States; that the Plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: August 16, 2019.

    Respectfully submitted,

    BILLY J. WILLIAMS
    United States Attorney

    */s/ Christopher Cardani*
    CHRISTOPHER L. CARDANI
    Assistant United States Attorney

## VERIFICATION

I, ADAM SALE, declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Postal Inspector with the United States Postal Inspection Service, and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

/s/ *Adam Sale*
ADAM SALE
Postal Inspector
United States Postal Inspection Service

# DECLARATION OF ADAM SALE

I, Adam Sale, do hereby declare:

## PURPOSE OF THIS DECLARATION

1.  This declaration is submitted in support of a complaint, *in rem*, for forfeiture of $8,000.00 in U.S. currency. The information contained in this declaration is based on an investigation conducted by United States Postal Inspector Adam Sale and will show that $8,000.00 in U.S. currency from U.S. Priority Mail Express parcel EL949698508US (hereinafter "Subject Parcel") is subject to forfeiture pursuant to 21 U.S.C § 881(a)(6), as moneys furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to such an exchange, or moneys used or intended to be used to facilitate violations of 21 U.S.C. § 801, *et seq*. Information contained in this declaration is based upon my personal observations, training, and experience, and that of other law enforcement officers. This declaration does not contain each and every fact that I know about this investigation, only those necessary to establish probable cause to believe the seized currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

## AGENT BACKGROUND AND TRAINING

2.  I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since 2014. I am currently assigned to the Portland, Oregon Domicile Office of the USPIS. As a U.S. Postal Inspector, I am authorized to investigate crimes involving offenses relating to the United States Postal Service (USPS). As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine, and heroin, as well as proceeds of the sale of controlled substances.

**Declaration of Adam Sale**                                       EXHIBIT A   PAGE 1
                                                                     Complaint *In Rem*
                                                                     FOR FORFEITURE

3.      As a Postal Inspector, I am empowered by 18 U.S.C. § 3061 to conduct investigations and to make arrests for offenses against the United States.  My current assignment is as an Inspector in the Portland, Oregon Domicile Office of the Inspection Service.  My training and experience includes a Bachelor of Science in Physics.  From April 2004 to July 2014, I served as a U.S. Secret Service Special Agent.  Prior to my U.S. Secret Service career, I served eight years in the Army achieving the rank of Captain.

4.      In May 2004, I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (F.L.E.T.C.) in Glynco, Georgia.  This training covered the investigation of violations of federal laws, the process of criminal investigations, and the judicial process.  Following the training at F.L.E.T.C., I attended the Secret Service training academy in Beltsville, Maryland.  This training focused specifically on investigating violations of the federal laws that the Secret Service investigates, including bank fraud, wire fraud, counterfeiting, and cyber-crimes.

5.      During the course of my employment with the Inspection Service and the Secret Service, I conducted or participated in criminal investigations involving burglary, robbery, assault, mail theft, identity theft, credit card fraud, bank fraud, threatening communications, threats against protectees of the U.S. Secret Service, the manufacture of counterfeit currency, mail fraud, the unlawful mailing of dangerous controlled substances, the fraudulent use of stolen or forged Postal Money Orders, the fraudulent use of stolen credit card information to purchase merchandise, and the shipping of that merchandise through the U.S. Mail.  In September 2014, I completed a USPIS training course on Prohibited Mailings involving narcotics.

**Declaration of Adam Sale**                                                                    EXHIBIT A   PAGE 2
                                                                                               Complaint *In Rem*
                                                                                               FOR FORFEITURE

**BACKGROUND ON CONTROLLED SUBSTANCES SENT THROUGH THE U.S. MAIL**

6.  I know from my training and experience that drug traffickers frequently use U.S. Postal Service Priority Mail Express and Priority Mail services to ship controlled substances, including marijuana, cocaine, heroin, and methamphetamine. I know from my training and experience that illegal drug recipients often use U.S. Postal Service Priority Mail Express and Priority Mail services to ship the proceeds of the illegal sale of controlled substances, or moneys used or intended to be used to facilitate the illegal sale of controlled substances, in cash, or other controlled substances, to suppliers of controlled substances. I know from training and discussions with other law enforcement officers that these controlled substances, proceeds of the illegal sale of controlled substances, and funds related to the facilitation of the illegal sale of controlled substances are often found during parcel investigations and interdictions.

7.  Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know Oregon is a marijuana source state for the mailing of controlled substances to destination locations across the United States. Current Oregon state laws permitting the recreational and medical growth, purchase, and possession of marijuana provide individuals with significant quantities of marijuana, which can be illegally mailed to other states where marijuana is illegal or less available. Accordingly, marijuana sales are substantially more profitable outside the state of Oregon than they are inside the state of Oregon. I know from my training and experience that controlled substances, especially marijuana, are frequently mailed from Oregon to other states and that cash payments are mailed back to Oregon drug suppliers in return.

8.      Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators often exist when drug traffickers use the U.S. mails to ship controlled substances, proceeds of the sale of controlled substances, or funds to facilitate the sale of controlled substances from one location to another.

9.      Drug traffickers use U.S. Postal Service Priority Mail Express and Priority Mail services because of the reliability of delivery, speed of delivery, low cost, the customer's ability to track the package's shipment online, as well as the low risk of detection by law enforcement. Shippers using U.S. Postal Service Priority Mail Express and Priority Mail services pay for the benefit of being able to confirm the delivery of the parcel by checking the U.S. Postal Service website or calling a toll-free number.

10.     I know from my training and experience that U.S. Postal Service Priority Mail Express is used primarily for business-related mailings.  Unlike typical U.S. Postal Service Priority Mail Express business mailings, which usually have typed labels, packages containing controlled substances, proceeds, and/or facilitation funds often have handwritten address information.  The handwritten label on U.S. Postal Service Priority Mail Express packages containing controlled substances and/or proceeds usually does not contain a business account number and/or credit card number.  This is an indication that the sender likely paid cash.  A credit card or business account number would better enable law enforcement officers to connect the package to identifiable individuals.  I further know that drug traffickers who use U.S. Postal Service Priority Mail Express services often either waive or do not request a recipient signature upon delivery of the mail parcel. This can allow the parcel to be delivered without the addressee or the addressee's agent having to sign for the parcel, contingent upon the parcel being left in a secure location at the address.

**Declaration of Adam Sale**                                              EXHIBIT A   PAGE 4
                                                                                   Complaint *In Rem*
                                                                                   FOR FORFEITURE

11. I know from my training and experience that drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, often use false or incomplete information in labeling the parcels. In this way, drug traffickers can distance themselves from the package containing controlled substances, the proceeds of the sale of the controlled substances, or facilitation funds in the event the package is intercepted by law enforcement.

12. I know from my training and experience that drug traffickers who mail controlled substances, proceeds of the illegal sale of controlled substances, and facilitation funds are often aware that parcels are inspected by trained canines. Accordingly, drug traffickers often attempt to wrap their parcels, and the contents of their parcels, in a manner they believe will disguise the odor and contents of the items in the parcels. In order to conceal the distinctive smell of controlled substances from certified controlled substance detection canines, these packages are sometimes sealed with the use of tape around the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco, or other strong-smelling substances are used to mask the odor of the controlled substances, proceeds of the illegal sale of controlled substances, and/or facilitation funds being shipped.

### SUMMARY OF INVESTIGATION OF THE SUBJECT PARCEL

13. On September 13, 2018, I went to the Portland Processing and Distribution Center/Facility (PDC/PDF), located at 7007 Cornfoot Road, Portland, Oregon as part of my regular investigatory duties with members of the Portland, Oregon High Intensity Drug Trafficking Area Interdiction Taskforce ("H.I.T."). I reviewed parcels for delivery in Oregon that were mailed from

other states. While reviewing parcels I noticed the Subject Parcel, and saw that the parcel was addressed from "AMC, LLC, 1264 Madison Ave., Columbus, OH 43205" to "SPA, 1467 Siskiyou Blvd., #84, Ashland, OR 97520." The parcel weighed 1 pound, 11 ounces, the scheduled date of delivery was September 14, 2018 before 3:00 PM, and the mailer paid $43.15 in cash to purchase the postage. I noticed the mailing label was handwritten and it appeared it was addressed from a business and to another business.

14. The Subject Parcel is described as follows:

| | |
|---|---|
| **U.S. Priority Mail Express parcel number:** | **EL949698508US** |
| **Sender name and address:** | AMC, LLC<br>1264 Madison Ave.<br>Columbus, OH 43205 |
| **Recipient name and address:** | SPA<br>1467 Siskiyou Blvd., #84<br>Ashland, OR 97520 |
| **Parcel Type:** | **Brown Cardbox Box** |
| **Parcel Weight:** | **1 pounds, 11 ounces** |

15. The "Signature Required" service on U.S. Priority Mail Express parcels requires the parcel be received by an individual who must sign for the parcel and provide their name. I know from my training and experience that drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, normally do not request the Signature Required service to avoid law enforcement identifying the true recipient of parcels. In this way, drug traffickers can distance themselves from the package containing controlled substances or from the proceeds of the sale of the controlled substances in the event the package

is intercepted by law enforcement. I observed the Signature Required box on the label of the Subject Parcel was not checked by the mailer.

16.     I know people use the U.S. Priority Mail Express services for parcels containing items they consider valuable, important or requiring rapid delivery and will often include their phone number on the mailing label spaces provided so the postal service may contact them in the event a parcel is mis-shipped, damaged, or the delivery address is illegible. I noticed the Subject Parcel did not display telephone numbers for the sender or recipient. Based on my training and experience, I know drug traffickers often choose not to include phone numbers, or put incorrect phone numbers on parcels, as they are often aware that phone numbers can be traceable to their own names or physical location.

17.     I checked law enforcement and open source databases and determined that neither the sender nor recipient is associated with the sender or recipient addresses. I did locate an individual, Cameron Culler, associated with the Subject Parcel recipient address as recently as July 2018.

18.     I conducted a criminal history search for Culler and located the following: a July 2006 arrest and conviction in South Carolina for misdemeanor possession of 28 grams or less of marijuana or 10 grams or less of hash; an October 2009 arrest in North Carolina for felony possession with intent to sell or deliver marijuana, felony possession of a Schedule I controlled substance, felony possession of cocaine, felony possession of LSD, and misdemeanor possession of drug paraphernalia; and an October 2018 arrest in North Carolina for felony maintaining a vehicle, dwelling, or location for controlled substance, felony possession with intent to sell or

deliver marijuana, possession of a Schedule I controlled substance, and felony manufacture of a Schedule I controlled substance.

19. Open source searches of the recipient address showed it is a Commercial Mail Receiving Agency (CMRA). I know from my training and experience that drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, often use CMRAs to send and receive parcels. A CMRA adds a level of anonymity to parcel senders and recipients by acting as their shipping agent. A CMRA customer can receive mail and other deliveries at the street address of the CMRA rather than the customer's own street address. Depending on the agreement between the customer and the CMRA, the CMRA can forward the mail to the customer or hold it for pickup. Unlike the United States Postal Service, a CMRA operates independently of the national postal administration and is therefore able to receive courier packages or other non-mail. The use of a CMRA may render the delivery of mail at a later time of day than it would at a Post Office box. Drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, often use the services of a CMRA for privacy to avoid law enforcement identifying the true recipient of parcels. In this way, drug traffickers can distance themselves from the package containing controlled substances or from the proceeds of the sale of the controlled substances in the event the package is intercepted by law enforcement.

20. Based on my training, experience and discussions with other law enforcement officers, I know the city of Ashland is located in Jackson County, which I know is abundant with high quality, low cost marijuana, marijuana growing properties, and processed marijuana from previous outdoor harvest seasons.

**Declaration of Adam Sale**                                                                 EXHIBIT A   PAGE 8
                                                                                              Complaint *In Rem*
                                                                                              FOR FORFEITURE

21.     Continuing on September 13, 2018, H.I.T. Officer S. Groshong, a Certified Controlled Substance Dog Handler and his certified controlled substance detection dog, Rex, were at the USPIS Portland Domicile located at 7007 NE Cornfoot Dr., Portland, OR 97218. Members of the USPIS Portland Domicile prepared a "line" of parcels of similar size and appearance to the Subject Parcel.  H.I.T. Officer Groshong and his certified controlled substance detection dog Rex "proofed" the line and the area surrounding the line.  Proofing a line of parcels is the process by which a controlled substance dog handler deploys a controlled substance detection dog on a line of control parcels to confirm that none of the control parcels are emitting the odor of controlled substance the controlled substance detection dog is trained to detect.  Officer Groshong stated Rex did not alert to the presence of the odor of controlled substance on the parcels in the line or the area surrounding the line at that time.

22.     Officer Groshong and Rex left the immediate area and members of the USPIS Portland Domicile put the Subject Parcel in the line in a position unknown to Officer Groshong and Rex.  Officer Groshong returned to the line and deployed Rex on the line of parcels.  Officer Groshong told members of the USPIS Portland Domicile Rex alerted, in the manner he is trained, to the presence of the odor of controlled substance on the Subject Parcel.  Rex did not alert to any of the other parcels in the line.

23.     On September 13, 2018, at approximately 7:54 a.m., I scanned the Subject Parcel "Seized by Law Enforcement" in the USPS Product Tracking and Reporting (PTR) system.  The PTR system allows customers to check and/or receive updates to the progress of parcels as they travel through the USPS delivery system.  The "Seized by Law Enforcement" entry tells the customer to contact the USPIS to make inquiries about the status of seized parcels.

**Declaration of Adam Sale**                                                                 EXHIBIT A   PAGE 9
                                                                                                             Complaint *In Rem*
                                                                                                             FOR FORFEITURE

24.     On September 18, 2018, I reviewed USPS business records which showed customers made eleven (11) inquiries between September 13 and September 18, 2018, using combination of normal internet connections and an internet Virtual Private Network (VPN) service. VPNs allow internet users to secure their transactions to connect to proxy servers to protect personal identity and location to stay anonymous on the internet. Drug traffickers who mail controlled substances, and the drug purchasers who send payment in the form of cash or other drugs, often use VPNs for privacy to avoid law enforcement identifying the true sender of parcels. In this way, drug traffickers can distance themselves from the package containing controlled substances or from the proceeds of the sale of the controlled substances in the event the package is intercepted by law enforcement. No one contacted the USPIS to inquire about the status of the Subject Parcel until a federal search warrant was obtained and the Subject Parcel had been opened.

25.     I know from my training and experience and discussions with other law enforcement officers that individuals who traffic in illegal controlled substance or the proceeds of the sale of illegal controlled substance often use bank accounts called "funnel accounts" to move the proceeds of the sale of illegal controlled substance from one geographic location to another. Funnel accounts have the following characteristics: an individual, colluding with traffickers of illegal controlled substance, uses an account at banks or credit unions whose accounts can readily receive cash deposits in multiple states through their own branches or through shared branches. Multiple individuals deposit the cash proceeds of illegal controlled substance sales into this account at different bank or credit union branches, often in multiple states geographically distant from the branch in which the account was opened or domiciled. The deposits are normally kept below $10,000 so co-conspirators can avoid bank identification and record keeping requirements.

The funds are then withdrawn by co-conspirators through wire transfers, checks, cashier's checks, and ATM withdrawals in furtherance of illegal controlled substance trafficking. These deposits and withdrawals are often done on the same or consecutive days and there is normally not an identifiable source of the deposited funds.

26.   I reviewed bank records from Wells Fargo Bank for Cameron L. Culler that showed suspicious interstate movement of funds. Culler was the sole owner of personal checking and savings accounts and was the sole signatory on the accounts. I identified interstate cash deposit activity out of Culler's geographical area followed quickly by cash withdrawals. I reviewed bank records, which show that between September 26, 2017 and April 4, 2018, there were 120 suspicious cash deposits for an aggregate total of $116,973 deposited into Culler's personal accounts at 48 branch locations in Spartanburg and North Myrtle Beach, SC, Garden City Park, NY; Jacksonville, Palm Coast, and Atlantic Beach, and Jacksonville Beach, FL, Concord, Fuquay-Varina, Mooresville, Holly Springs, Siler City, Clemmons, Thomasville, and Raleigh, NC, Ashland, OR, Virginia Beach, VA, San Francisco, CA, Gainesville, GA, and Ashland, OR. Culler conducted 118 cash withdrawals during the same timeframe totaling $83,760 at multiple branch and ATM locations in San Francisco, Ukiah, Placerville, Santa Rosa, Placerville, Vallejo, Redding, and Rocklin, CA, Medford, Ashland, and Phoenix, OR, and Spartanburg, SC. The remaining deposited cash funded what appear to be normal personal expenses. I could not determine a legitimate purpose for the flow of funds described above.

27.   On September 27, 2018, I opened the Subject Parcel pursuant to a Federal search warrant. I located $8,000 in U.S. currency in a sealed Mylar bag, sealed in a vacuum seal bag, wrapped in bubble wrap, in a wooden box, wrapped in a Mylar balloon, and in a cardboard box

with an USPS Priority Mail Express shipping label affixed to the outside of the box, as shown in the following photographs:






**Declaration of Adam Sale**  EXHIBIT A  PAGE 12
Complaint *In Rem*
FOR FORFEITURE



28.     I know from my training and experience that mailers of illegal controlled substances and proceeds of the sale of illegal controlled substances, package parcel contents in this manner to conceal the contents of the parcels to avoid detection by law enforcement.

29.     Based on my training and experience, the following characteristics of the Subject Parcel are consistent with drug trafficking:  the Subject Parcel's sender and recipient are not associated with the sender or recipient addresses; the recipient address is a CMRA; the Subject Parcel's postage was paid for with cash; there is no telephone number listed for the recipient; the individual associated with the recipient address has a criminal history of marijuana arrests; the individual associated with the recipient address has a history of banking transactions indicating funnel account activity; no one contacted the USPIS to inquire about the Subject Parcel; the Subject Parcel appears to contain drugs or drug proceeds, based on the positive canine examination result detailed above; and the parcel contained U.S. currency concealed in a manner consistent with the mailing of the proceeds of the sale of proceeds of the sale of illegal controlled substances.

## CONCLUSION

30.     Based on the foregoing information, I have probable cause to believe, and do believe, that the $8,000 in U.S. currency seized from the Subject Parcel is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6), as moneys furnished or intended to be furnished by any person

**Declaration of Adam Sale**                                              EXHIBIT A   PAGE 13
                                                                          Complaint *In Rem*
                                                                          FOR FORFEITURE

in exchange for a controlled substance, proceeds traceable to such an exchange, or moneys used or intended to be used to facilitate violations of 21 U.S.C § 801, *et. seq*.

31.     I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Executed this 16th day of August 2019.

*/s/ Adam Sale*
ADAM SALE
Postal Inspector
United States Postal Inspection Service

℅JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____